722

No. 118.   PICARELLI *v.* UNITED STATES.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Abraham Solomon* for petitioner.   *Acting Solicitor General Cox, Messrs. James M. McInerney* and *Robert S. Erdahl* for the United States.

No. 119.   CLEVELAND ET AL., EXECUTORS, *v.* HIGGINS, COLLECTOR OF INTERNAL REVENUE.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Earl A. Darr* for petitioners.   *Acting Solicitor General Cox, Assistant Attorney General Clark, Messrs. Sewall Key, Fred E. Youngman* and *Miss Helen R. Carloss* for respondent.

No. 120.   CARLOS *v.* FLORIDA.   October 8, 1945.   Petition for writ of certiorari to the Supreme Court of Florida denied.   *Mr. George Palmer Garrett* for petitioner.

No. 121.   MANHATTAN LIGHTERAGE CORP. *v.* ANDERSON ET AL.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Chauncey I. Clark* for petitioner.   *Mr. Isidor Enselman* for respondents.   *Acting Solicitor General Judson, Mr. Albert A. Spiegel* and *Miss Bessie Margolin* filed a memorandum on behalf of the Administrator of the Wage & Hour Division, U. S. Department of Labor, opposing the petition.

No. 124.   JOHNSON ET AL., DOING BUSINESS AS UNITED STATES DENTAL CO., ET AL. *v.* UNITED STATES.   October 8,